Filed 5/22/15  P. v. Bryant CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>       v.<br><br>JACOB DAVID BRYANT,<br><br>    Defendant and Appellant. | F067408<br><br>(Super. Ct. Nos. VCF277833 &<br>VCF250786)<br><br><br>**OPINION** |

-ooOoo-

## THE COURT[*]

APPEAL from a judgment of the Superior Court of Tulare County.  Gary L. Paden, Judge.

Allan E. Junker, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]     Before Levy, Acting P.J., Peña, J. and Smith, J.

Appellant, Jacob David Bryant, pled no contest in Tulare County Superior Court case No. VCF277833[1] to possession of a forged instrument (Pen. Code, § 470, subd. (d)) and admitted violating his probation in case No. VCF250786.[2] Following independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436, we affirm.

**FACTUAL AND PROCEDURAL HISTORY**

On January 12, 2013, Bryant attempted to cash a forged check in the amount of $210 at Eagle Mountain Casino in Tulare County. The check, however, did not have the name of a bank on it and it was printed on regular paper. After he was detained, Bryant admitted that he made the check himself. Bryant was on probation at the time.

On January 15, 2013, the district attorney filed a complaint in case No. VCF277833 charging Bryant with possession of a forged check (count 1/Pen. Code, § 475, subd. (a)) and uttering a forged check (count 2/§ 470, subd. (d)).

On January 17, 2013, Bryant entered his no contest plea to the possession of a forged instrument and admitted violating his probation in case No. VCF250786. On the People's motion, the court dismissed count 2 in case No. VCF277833.

On April 19, 2013, the court denied Bryant's oral motion to withdraw his pleas in both cases.

On May 24, 2013, in case No. VCF277833, the court placed Bryant on probation for three years on the condition that he serve 185 days in local custody with credit for 12 days served. In case No. VCF250786, the court ordered him to serve a consecutive 180 days in local custody with credit for 147 days served. The court also dismissed a misdemeanor case.

---

[1] Unless otherwise indicated, further reference to case numbers are to Tulare County Superior Court case numbers.

[2] Bryant was on probation in case No. VCF250786 for his conviction by plea of possession of methamphetamine (Health & Saf. Code, § 11377) on June 17, 2011.

Bryant's appellate counsel has filed a brief, which summarizes the facts with citations to the record, raises no issues, and asks this court to independently review the record. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Bryant has not responded to this court's invitation to submit additional briefing.

Following an independent review of the record we find that no reasonably arguable factual or legal issues exist.

## **DISPOSITION**

The judgment is affirmed.